FILED 21 NOV '23 15:57 USDC-ORP

3:23-cv-1729-YY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JEFFERSON

Robert Lee Steward

SID # 17282745

Plaintiff,

vs.

Amber Sundquist, Superintendent,

(Jail or Prison) DRCI

Defendant.

Case No. 21CR21363

PETITION FOR WRIT OF HABEAS CORPUS

--ORS 34.362--

Comes now the plaintiff who alleges the following:

1.

At the time of this filing, plaintiff is imprisoned and restrained of their liberty at Deer Ridge Correctional Institution, Oregon Department of Corrections (hereinafter referred to as "ODOC"), located in Jefferson County Oregon. The named defendant is Superintendent Amber Sundquist of Deer Ridge Correctional Institution.

2.

Said imprisonment and restraint is not by virtue of ant process issued by any court of the United States or by a judge or commissioner or the other officer thereof in any case where such court, judge or

Page **1** of **3** PETITION FOR WRIT OF HABEAS CORPUS

1  commissioner thereof has exclusive jurisdiction by virtue of the commencement of any action, suit, or
2  other proceeding in such a court and before such judge, commissioner or officer thereof. The illegality
3  of plaintiff's imprisonment and restraint is not by virtue of any judgement or decree of a competent
4  tribunal of civil or criminal jurisdiction wherein such tribunal has exclusive jurisdiction.

5                                        3.

6  Plaintiff is imprisoned and restrained pursuant to judgments of conviction or charges in (case
7  name) State v. Robert Lee Steward
8  County Circuit Court case no(s) 21CR21363 / 21CR22359.
9  Plaintiff's earliest release date is ~~7/2/24~~ 11/27/2023

10                                       4.

11  To plaintiff's knowledge and belief, they are not restrained by an order specified in ORS 34.330,
12  and this claim has not been already adjudicated in or prior habeas corpus action. Plaintiff has sought and
13  exhausted available administrative remedies to the best of their abilities, or plaintiff in imminent danger
14  and exhaustion is not possible without irreparable harm, absent habeas intervention.

15                                       5.

16  Invoking the jurisdiction of this court to grant a writ of habeas corpus would the most appropriate
17  method of gaining relief from the depravations detailed herein. Without immediate judicial action,
18  plaintiff's illegal confinement will continue, they will continue to suffer from defendant's illegal
19  conditions of confinement, and they will be irreparably harmed by these actions of the defendant and its
20  agents.

21                                       6.

22  A writ of habeas corpus should be granted there is a need for immediate judicial scrutiny and there
23  are no other plain, adequate, or speedy remedies available for plaintiff to seek review of the challenged
24

Page **2** of **3 PETITION FOR WRIT OF HABEAS CORPUS**

1  actions of the defendant.

2                                           7.

3  The court erred in applying the preponderance of evidence standard
4  and prematurely revoked the plaintiffs probation. The court failed to provide
5  a revocation hearing within 14 calendars days following the arrest of the
6  plaintiff, and failed to release him persuant to O.R.S §§ 137.545 which has
7  caused injury to the legal rights of the plaintiff. Oregon const. Art. 1 § 10
8  states "every man shall have remedy by due course of law". Plaintiff was
9  not allowed to prove his innocence in the pending case [23CR25150]
10 open against him before being revoked by district attorney Sumner of
11 Jefferson county

13                                          8.

14 Plaintiff prays that a writ of habeas corpus be granted, directed to defendant, commanding them to
15 file a return stating the legality of, and the time and cause of the imprisonment, incarceration, and
16 restraint of plaintiff, or to have the body of plaintiff before the court at the time and place specified in
17 the writ; to do what shall be considered by the court concerning plaintiff.

18 Dated this 16 day of September, 2023.

19                                        Respectfully Submitted,

20                                        Robert Lee Steward
                                          (Signature)
21                                        Print Name: Robert Lee Steward
                                          Sid # 17282745
22                                        Deer Ridge Correctional Institution
                                          3920 E. Ashwood Rd.
23                                        Madras Or 97741

Page 3 of 3 PETITION FOR WRIT OF HABEAS CORPUS