IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT LEE STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMBER SUNDQUIST, Superintendent,<br><br>　　　　　Defendant. | Case No. 3:23-cv-01729-YY<br><br>ORDER TO DISMISS |

HERNÁNDEZ, Judge

　　Plaintiff, an adult formerly in custody at the Deer Ridge Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant.  On November 28, 2023, Magistrate Judge Youlee Yim You issued an Order (ECF No. 3) requiring Plaintiff to either pay the filing fee or submit an application to proceed *in forma pauperis* within 30 days.  Judge You advised Plaintiff that if he failed to do so, this action would be dismissed.

　　Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.  Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice.

　　IT IS SO ORDERED.

　　DATED this   2   day of January, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marco A. Hernández
　　　　　　　　　　　　　　　　　　United States District Judge

1 – ORDER TO DISMISS