IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT LEE STEWARD

    Plaintiff,

v.

AMBER SUNDQUIST, Superintendent,

    Defendant.

Case No. 3:23-cv-01729-YY

JUDGMENT

HERNÁNDEZ, Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

The Court certifies that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

DATED this __2__ day of January, 2024.

Marco A. Hernández
United States District Judge